6PROB. 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

FILED BY ____ D.C.

05 NOV 30 PM 12:38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U. S. A. vs. **Kimberly Denise Bowen**

Docket No. **2:02CR20244-01**

## Petition on Probation and Supervised Release

COMES NOW **Brenda L. Carpten**, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of **Kimberly Denise Bowen** who was placed on supervision by the Honorable **Bernice B. Donald** sitting in the Court at **Memphis, TN** on the **4th** day of **December**, 2002, who fixed the period of supervision at **three (3) years***, and imposed the general terms and conditions heretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall be prohibited from incurring any new debts in excess of $1,000.00 without approval of the Probation Office.
2. The defendant shall be prohibited from engaging in casino gambling.
3. The defendant shall make restitution in the amount of $10,963.20. (Balance: $10,313.20)

*Supervised Release began on December 4, 2002.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Kimberly Denise Bowen has made restitution payments of Fifty Dollars ($50.00) on an inconsistent basis. Ms. Bowen had a difficult time maintaining employment during supervision, which contributed to her inconsistent payments. Ms. Bowen is a single mother with six (6) school age children. It appears that Ms. Bowen made a good faith effort toward paying her restitution; she has paid a total of $650.00. Ms. Bowen signed a Payment Agreement with the United States Attorney's Office wherein she has agreed to continue paying Fifty ($50.00) per month until her restitution balance is paid in full.

**PRAYING THAT THE COURT WILL ORDER** that Kimberly Denise Bowen's supervision be allowed to terminate as scheduled on December 3, 2005, with the understanding that the United States Attorney's Office will be responsible for the continued collection of restitution.

### ORDER OF COURT

Considered and ordered this **29** day of **November**, 20**05** and ordered filed and made a part of the records in the above

_____
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

Respectfully,

_Brenda Carpten_
Brenda L. Carpten
United States Probation Officer

Place: Memphis, Tennessee

Date: November 17, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:02-CR-20244 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT